IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| BUCCANEER RESOURCES, LLC, *et al.*,[1] | § § | Case Nos. 14-60041 (DRJ) (Chapter 11) |
| Debtors. | § § § § | Jointly Administered |
| | § | |
| J.A. COMPTON, TRUSTEE OF THE BUCCANEER CREDITORS' LIQUIDATING TRUST, | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Adversary No. 16-06006 |
| KENAI OFFSHORE VENTURES, LLC and TERAS INVESTMENTS PTE. LTD., | § § § § | |
| Defendant. | § | |

**STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

**IT IS HEREBY** stipulated and agreed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by J.A. Compton, Trustee of the Buccaneer Creditors' Liquidating Trust, Kenai Offshore Ventures, LLC, Teras Investments Pte. Ltd., Teras Oilfield Support Limited and Ezion Holdings, Ltd., all of the parties to the above-styled adversary proceeding, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter has been settled and this dismissal is with prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: (i) Buccaneer Energy Ltd. (0107); (ii) Buccaneer Energy Holdings, Inc. (7170); (iii) Buccaneer Alaska Operations, LLC (7562); (iv) Buccaneer Resources, LLC (8320); (v) Buccaneer Alaska, LLC (4082); (vi) Kenai Land Ventures, LLC (2661); (vii) Buccaneer Alaska Drilling, LLC (7781); (viii) Buccaneer Royalties, LLC (5015); and (ix) Kenai Drilling, LLC (6370) ("Debtors").

1

Dated: January 4, 2017

Respectfully Submitted,

**SNOW SPENCE GREEN LLP**

By: */s/ Aaron M. Guerrero*
Ross Spence, SBN 18918400
ross@snowspencelaw.com
Blake Hamm, SBN 24069869
blakehamm@snowspencelaw.com
Aaron M. Guerrero, SBN 24050698
aaronguerrero@snowspencelaw.com
2929 Allen Parkway, Suite 2800
Houston, TX  77019
(713) 335-4800
(713) 335-4848 fax

**ATTORNEYS FOR J. A. COMPTON, TRUSTEE FOR THE BUCCANEER CREDITORS' LIQUIDATING TRUST**

*and*

**DUANE MORRIS LLP**

By: */s/ Joel M. Walker*
Joel M. Walker
Jmwalker@duanemorris.com
PA Bar No. 26515
600 Grant Street, Suite 5010
Pittsburg, PA  15219
(412) 497-1000
(412) 497-1001 fax

Michael E. Clark
meclark@duanemorris.com
Texas Bar No. 04293200
Fed. ID No. 1785
1330 Post Oak Blvd., Suite 800
Houston, TX  77056
(713) 402-3900
(713) 402-3901 fax

**ATTORNEYS FOR KENAI OFFSHORE VENTURES, LLC, TERAS INVESTMENTS PTE. LTD., TERAS OILFIELD SUPPORT LIMITED and EZION HOLDINGS LIMITED**

I:\Client\COMJ9002-Preference Actions\Adversary\Teras Investments - KOV SUIT\Pleadings\Drafts\KOV Stipulation of Voluntary Dismissal.docx